# EXHIBIT A

| DOE | Debtor ISP | Debtor Initials | Address City | Debtor Pirate Cont. | Debtor IP Ad | Infringement Date |
|---|---|---|---|---|---|---|
| 1 | Comcast Cable Communicat | H.K. | Sterling | Sexual Obsession | 24.125.57.11 | Apr 8, 2011 at 3:46:39 PM UTC |
| 2 | Comcast Cable Communicat | D.N. | Winchester | Sexual Obsession | 67.163.125.2 | Apr 12, 2011 at 9:18:01 AM UTC |
| 3 | Comcast Cable Communicat | N.B. | Manassas | Sexual Obsession | 69.140.122.8 | Apr 18, 2011 at 8:07:34 PM UTC |
| 4 | Comcast Cable Communicat | M.A. | Arlington | Sexual Obsession | 69.143.178.1 | Apr 8, 2011 at 8:28:43 PM UTC |
| 5 | Comcast Cable Communicat | D.S. | Leesburg | Sexual Obsession | 69.243.216.1 | Apr 12, 2011 at 5:30:38 AM UTC |
| 6 | Comcast Cable Communicat | D.A. | Stafford | Sexual Obsession | 71.62.117.14 | Apr 11, 2011 at 2:54:34 PM UTC |
| 7 | Comcast Cable Communicat | C.R. | Ashburn | Sexual Obsession | 71.62.59.254 | Apr 1, 2011 at 12:11:18 AM UTC |
| 8 | Comcast Cable Communicat | D.L. | Woodbridge | Sexual Obsession | 98.218.14.7 | Apr 1, 2011 at 10:36:21 AM UTC |
| 9 | Cox Communications | R.J. | Virginia Beach | Sexual Obsession | 68.10.139.63 | May 9, 2011 at 6:10:32 PM UTC |
| 10 | Cox Communications | K.P. | Virginia Beach | Sexual Obsession | 68.10.96.77 | Apr 15, 2011 at 10:52:41 PM UTC |
| 11 | Cox Communications | D.V. | Chesapeake | Sexual Obsession | 70.161.222.7 | Apr 19, 2011 at 3:06:58 PM UTC |
| 12 | Cox Communications | W.W. | Fairfax | Sexual Obsession | 70.179.123.1 | Apr 14, 2011 at 3:59:16 PM UTC |
| 13 | Cox Communications | A.D. | Springfield | Sexual Obsession | 70.183.2.118 | May 29, 2011 at 11:24:43 PM UTC |
| 14 | Cox Communications | J.H. | Fredericksburg | Sexual Obsession | 72.205.5.75 | Apr 6, 2011 at 4:14:25 AM UTC |
| 15 | Cox Communications | J.J. | Chantilly | Sexual Obsession | 72.205.53.94 | Apr 6, 2011 at 9:33:27 PM UTC |
| 16 | Cox Communications | T.L. | Portsmouth | Sexual Obsession | 98.166.17.15 | Apr 12, 2011 at 4:15:54 AM UTC |
| 17 | Cox Communications | M.B. | Poquoson | Sexual Obsession | 98.166.243.1 | Apr 14, 2011 at 12:11:33 AM UTC |
| 18 | Cox Communications | P.F. | McLean | Sexual Obsession | 98.169.104.2 | Apr 1, 2011 at 1:27:22 AM UTC |
| 19 | Cox Communications | I.B. | Alexandria | Sexual Obsession | 98.169.227.1 | Apr 1, 2011 at 3:56:16 AM UTC |
| 20 | Cox Communications | R.W. | Virginia Beach | Sexual Obsession | 98.183.161.1 | May 11, 2011 at 2:37:09 PM UTC |
| 21 | Cox Communications | L.G. | Virginia Beach | Sexual Obsession | 98.183.217.2 | Apr 8, 2011 at 10:42:23 PM UTC |
| 22 | Verizon Online | A.W. | Newport News | Sexual Obsession | 173.50.86.23 | May 11, 2011 at 3:25:38 AM UTC |
| 23 | Verizon Online | T.P. | Sterling | Sexual Obsession | 173.66.218.6 | Apr 29, 2011 at 2:52:58 PM UTC |
| 24 | Verizon Online | M.D. | Leesburg | Sexual Obsession | 173.71.216.1 | Apr 5, 2011 at 4:17:21 PM UTC |
| 25 | Verizon Online | E.R. | McLean | Sexual Obsession | 173.73.32.56 | Apr 9, 2011 at 4:47:40 PM UTC |
| 26 | Verizon Online | J.M. | Fairfax | Sexual Obsession | 72.83.252.25 | Apr 23, 2011 at 10:44:36 PM UTC |
| 27 | Verizon Online | A.D. | Richmond | Sexual Obsession | 74.110.170.1 | May 10, 2011 at 5:13:56 PM UTC |
| 28 | Verizon Online | C.M. | Midlothian | Sexual Obsession | 74.110.214.1 | May 9, 2011 at 10:39:32 PM UTC |
| 29 | Verizon Online | C.L. | Woodbridge | Sexual Obsession | 74.96.161.61 | Apr 8, 2011 at 2:37:21 PM UTC |
| 30 | Verizon Online | J.B. | Midlothian | Sexual Obsession | 96.228.62.39 | Apr 1, 2011 at 3:18:38 AM UTC |
| 31 | Verizon Online | T.P. | Fairfax | Sexual Obsession | 96.241.75.12 | Apr 1, 2011 at 4:36:17 PM UTC |