# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

AF Holdings, LLC,

    Plaintiff,                                        **Case No. 2:12cv555**

v.

JOHN DOE(s) 1-33

Defendant.

## PLAINTIFF'S MOTION FOR REASSIGNMENT OF CASE

    Plaintiff AF Holdings, LLC, through the undersigned counsel, for its Motion for Reassignment of Cases, states as follows:

1. Plaintiffs' counsel filed the above case on behalf of the above copyright holder in the Norfolk division.

2. Additionally, there are approximately 8 other similar cases pending in the Norfolk Division that have been assigned or reassigned to the Honorable Rebecca Smith and the Honorable Ivan Davis.

2. For the sake of judicial efficiency, Plaintiffs request that the above cases be reassigned before same district judge and magistrate judge. Courts in other divisions have reassigned cases under similar circumstances. *See, e.g.*, *Ingenuity13, LLC v. John Doe*, No. 12-cv-00805 (E.D. Va. 2012), ECF No. 5 ("It appearing in the interest of judicial efficiency, it is hereby ORDERED that this action shall be reassigned").

3

WHEREFORE, in consideration of the foregoing, Plaintiffs respectfully request that the above captioned cases be reassigned to District Judge Rebecca Smith and Magistrate Judge Ivan Davis.

DATED: November 26, 2012

Respectfully submitted,

By: /s/ Timothy V. Anderson
Timothy V. Anderson
Anderson & Associates, PC
2492 North Landing Rd Ste 104
Virginia Beach, VA 23456
757-301-3636 Tel
757-301-3640 Fax
timanderson@virginialawoffice.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 26, 2012, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

                                              By: /s/ Timothy V. Anderson
                                              Timothy V. Anderson